**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | June 26, 2013 | Probation: | Matthew Farwell |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Marcela Salazar |
| E.C.R./Reporter: | Mary George | | |

Criminal Case No:  **12-cr-00520-WYD**          Counsel:

UNITED STATES OF AMERICA,                    Alecia Riewerts

  Plaintiff,

v.

**1.  GERMAN ANTONIO OCAMPO-**           Edward R. Harris
**GUTIERREZ**,

  Defendant.

---

**SENTENCING**

---

**10:22 a.m.**     Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Thursday, April 4, 2013, at 3:30 p.m.
> Plea of Guilty - Count One of Indictment.**

  APPEARANCES OF COUNSEL.

  Interpreter sworn (Spanish).

  Court's opening remarks.

10:27 a.m.     Statement and argument on behalf of Defendant (Mr. Harris).

10:40 a.m.     Statement and argument on behalf of Government (Ms. Riewerts).

10:42 a.m.     Statement and argument on behalf of Defendant (Mr. Harris).

| | |
|---|---|
| 10:43 a.m. | Statement on behalf of Probation (Mr. Farwell). |
| 10:43 a.m. | Statement by Defendant on his own behalf (Mr. Ocampo-Gutierrez). |
| 10:45 a.m. | Mr. Harris reads a written statement on behalf of Defendant. |
| 10:49 a.m. | Statement by Defendant on his own behalf (Mr. Ocampo-Gutierrez). |
| | Court makes findings. |

**ORDERED:** Defendant's Motion for Non-Guideline Sentence [ECF Doc. No. 28], filed June 10, 2013, is **DENIED.**

**ORDERED:** Defendant be **imprisoned** for **18** months, to run consecutive to sentence in United States District Court, Southern District of Texas, Case No. 1:86-cr-00021-FBV-01.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because it is likely that the defendant will be deported.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X)   If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

  (X)  If not deported, the defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate facility near San Antonio, TX to be in closer proximity to his family.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:00 a.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :38**