**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02156-WYD
Criminal Action No. 12-cr-00520-WYD-1

UNITED STATES OF AMERICA,

v.

GERMAN ANTONIO OCAMPO-GUTIERREZ,

    Movant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Dismissal of Senior Judge Wiley Y. Daniel entered on October 10, 2014 it is

ORDERED that the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 49 filed August 1, 2014) and this action are **DISMISSED WITHOUT PREJUDICE** for failure to file an amended pleading within the time allowed. It is further

ORDERED that the corresponding civil action is dismissed.

Dated at Denver, Colorado this 10th day of October, 2014.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                  By: s/   A. Thomas

                                          Deputy Clerk